IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RICARDO FALCON, ID# 1321056, § | |
| § | |
| Petitioner, § | |
| § | |
| vs. § | Civil Action No. 3:06-CV-2331-L |
| § | |
| NATHANIEL QUARTERMAN, Director, § | |
| Texas Department of Criminal Justice, § | |
| Correctional Institutions Divisions, § | |
| § | |
| Respondent. § | |

**ORDER**

Petitioner Ricardo Falcon ("Petitioner") has filed an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 636(b), and an order of the court in implementation thereof, this action was referred to the United States magistrate judge for proposed findings, conclusions and recommendation. On January 24, 2007, the Findings, Conclusions and Recommendation of the United States Magistrate Judge were filed. No objections were filed.

The magistrate judge recommended that Petitioner's application be dismissed without prejudice for failure to exhaust state court remedies. Having reviewed the pleadings, file and record in this case, and the findings and conclusions of the magistrate judge, the court determines that they are correct. Accordingly, the magistrate's findings and conclusions are **accepted** as those of the court. Petitioner's application is **denied**, and this action is **dismissed without prejudice** for failure

**Order – Page 1**

to exhaust state court remedies. A final judgment dismissing this case without prejudice will be issued by separate document.

    **It is so ordered** this 14th day of February, 2007.

                                    Sam A. Lindsay
                                    United States District Judge